UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**VINCENT SALVATO, as Personal Representative of the Estate of Joshua Salvato, for the benefit of Vincent Salvato, surviving parent Ana Rodriquez, surviving parent**

 **Plaintiff,**

v.              Case No:5:12-CV-635-Oc-10PRL

**LAUREN MILEY, NORMAN BROWN and CHRIS BLAIR**

 **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Resolve Disagreement Regarding Discovery Matters Pursuant to Paragraph 6 of the Case Management Report (Doc. 15); and Sheriff Chris Blair's Motion Regarding Unresolved Issue in Case Management Report. (Doc. 16).[1]

These dueling motions both relate to section 3(a)(4)(c) <u>Supplementation of Disclosures and Responses</u> of the Case Management Report in which the parties state:

> Parties agree that Plaintiff's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times: The Plaintiff's fact supplemental disclosures will be made 60 days before the close of discovery. Plaintiff's expert supplemental disclosures will be made 45 days before the close of discovery. The Plaintiff contends this subsection governs the supplementation of fact witnesses, exhibits, and rebuttal expert witnesses. The Defendants contend this subsection does not address rebuttal expert witnesses. This disagreement will be presented to the court pursuant to the requirements stated in paragraph 6 below.

---

[1] The Court previously set these motions for hearing but had to cancel the hearing. After reviewing the papers, the undersigned has determined that the motions can be resolved without the necessity of a hearing.

Upon due consideration, the Motions (Docs. 15 & 16) are **GRANTED** in part and **DENIED** in part. To the extent Plaintiff is seeking leave to disclose new expert witnesses 45 days before the discovery deadline, his request is denied. However, the Court will permit Plaintiff to supplement his **previously disclosed** expert reports in response to Defendants' experts' reports 45 days before the discovery deadline.

**DONE** and **ORDERED** in Ocala, Florida on March 28, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties