UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VINCENT SALVATO, as Personal
Representative of the Estate of Joshua
Salvato, for the benefit of Vincent
Salvato, surviving parent Ana Rodriquez,
surviving parent

    Plaintiff,

v.                                               Case No:5:12-CV-635-Oc-10PRL

LAUREN MILEY, NORMAN BROWN
and CHRIS BLAIR

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's motion to compel Defendant Lauren Miley to appear for deposition before the conclusion of her maternity leave. (Doc. 30). Miley filed a response in opposition. (Doc. 31).

Miley is currently on maternity leave and has refused to appear for her deposition until she returns to work at the end of July 2013. She represents that her deposition can be scheduled as early as July 29, 2013. Plaintiff moves the Court for an Order compelling Miley to appear for her deposition no later than the week of July 1-July 5, 2013. Plaintiff argues that this earlier deposition date is necessary to ensure that Plaintiff and his experts have sufficient time to conduct post-deposition discovery and to complete the expert reports due by September 23, 2013.

The Court is unwilling to order Miley to attend a deposition during her maternity leave.

- 2 -

Assuming the parties schedule Miley's deposition on July 29, 2013, Plaintiff will have 8 weeks to conduct any additional discovery and for his experts to prepare their reports. That timeframe is more than adequate and does not necessitate the relief sought in the instant motion. Accordingly, Plaintiff's motion to compel Lauren Miley to appear for deposition (Doc. 30) is **DENIED.**

    **DONE** and **ORDERED** in Ocala, Florida on May 28, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties