**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**VINCENT SALVATO, as Personal
Representative of the Estate of Joshua
Salvato, for the benefit of Vincent
Salvato, surviving parent Ana Rodriquez,
surviving parent**

      Plaintiff,

v.                                             Case No: 5:12-cv-635-Oc-10PRL

**LAUREN MILEY, NORMAN BROWN
and CHRIS BLAIR**

      Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Certain Deadlines of Case Management and Scheduling Order. (Doc. 40). The parties seek to extend the expert disclosure deadlines and represent that the requested extensions will not affect any other case deadlines, including the trial date.

Upon due consideration, the parties' Motion (Doc. 40) is **GRANTED** and the following deadlines are established:

| | |
|---|---|
| **Plaintiff's expert disclosure deadline** | **October 7, 2013** |
| **Defendants' expert disclosure deadline** | **November 6, 2013** |
| **Plaintiff's supplemental expert disclosure deadline** | **November 20, 2013** |

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on August 2, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties