UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**VINCENT SALVATO, as Personal Representative of the Estate of Joshua Salvato, for the benefit of Vincent Salvato, surviving parent Ana Rodriquez, surviving parent**

 **Plaintiff,**

v.                   **Case No: 5:12-cv-635-Oc-10PRL**

**LAUREN MILEY, NORMAN BROWN and CHRIS BLAIR**

 **Defendants.**

## ORDER

 This matter is before the Court on Defendants' renewed motion to excuse their personal appearance during the mediation conference. (Doc. 41). The Court previously denied Defendants' request because they failed to state the mediator's position regarding their appearance at mediation. Defendants have now advised the Court that the mediator, J. Joaquin Fraxedas has no objection.

 Accordingly, Defendant's motion (Doc. 41) is **GRANTED**. Defendants, Deputy Norman Brown and Deputy Lauren Miley, in their individual capacities, and Chris Blair in his official capacity as Sheriff of Marion County are excused from appearing personally at the mediation conference so long as a claims administrator, with full and final authority to resolve and settle any and all claims against Defendants attends the mediation.

- 2 -

     **DONE** and **ORDERED** in Ocala, Florida on August 6, 2013.

                                           PHILIP R. LAMMENS
                                           United States Magistrate Judge

Copies furnished to:

Counsel of Record

J. Joaquin Fraxedas
Fraxedas Mediation Firm
500 Winderley Place, Suite 222
Maitland, FL 32751