UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**VINCENT SALVATO, as Personal Representative of the Estate of Joshua Salvato, for the benefit of Vincent Salvato, surviving parent Ana Rodriquez, surviving parent**

 **Plaintiff,**

v.               **Case No: 5:12-cv-635-Oc-10PRL**

**LAUREN MILEY, NORMAN BROWN and CHRIS BLAIR**

 **Defendants.**

## ORDER

This matter is before the Court on the parties' joint motion to extend the expert disclosure deadlines by seven days. (Doc. 46). The parties represent that the requested extension will not affect any other case deadline, including trial.

Upon due consideration, the parties' motion (Doc. 46) is **GRANTED** and the following deadlines are established:

| | |
|---|---|
| Plaintiff's Expert Disclosure Deadline | October 14, 2013 |
| Defendants' Expert Disclosure Deadline | November 13, 2013 |
| Plaintiff's Supplemental Expert Report Deadline | November 27, 2013 |

The Court will grant no further extensions of the expert disclosure deadlines absent extraordinary circumstances. Moreover, the granting of this motion shall not provide a basis for extending the other case deadlines.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on October 4, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties