**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**VINCENT SALVATO, as Personal**
**Representative of the Estate of Joshua**
**Salvato, for the benefit of Vincent**
**Salvato, surviving parent Ana Rodriquez,**
**surviving parent**

        **Plaintiff,**

**v.**                                                            **Case No: 5:12-cv-635-Oc-10PRL**

**LAUREN MILEY, NORMAN BROWN**
**and CHRIS BLAIR**

        **Defendants.**

_____

## ORDER

        This matter is before the Court on the parties' joint motion to extend the expert disclosure

deadlines by seven days.  (Doc. 46).  The parties represent that the requested extension will not

affect any other case deadline, including trial.

        Upon due consideration, the parties' motion (Doc. 46) is **GRANTED** and the following

deadlines are established:

| | |
|---|---|
| Plaintiff's Expert Disclosure Deadline | October 14, 2013 |
| Defendants' Expert Disclosure Deadline | November 13, 2013 |
| Plaintiff's Supplemental Expert Report Deadline | November 27, 2013 |

The Court will grant no further extensions of the expert disclosure deadlines absent extraordinary

circumstances.  Moreover, the granting of this motion shall not provide a basis for extending the

other case deadlines.

**DONE** and **ORDERED** in Ocala, Florida on October 4, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties