UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VINCENT SALVATO, as Personal
Representative of the Estate of
Joshua Salvato,

       Plaintiff,

-vs-                           CASE NO.  5:12-cv-635-Oc-10PRL

MARION COUNTY SHERIFF'S OFFICE,
DEPUTY LAUREN MILEY and DEPUTY
NORMAN BROWN,

       Defendants.

_____/

## SPECIAL INTERROGATORIES

Do you find from a preponderance of the evidence:

1.    That the use of deadly or lethal force against Joshua Salvato by Deputy Miley was excessive and objectively unreasonable because the use of such force was not reasonably necessary to protect the officers from an imminent threat of serious bodily harm?

Answer Yes or No    Yes   

2.    If you answered Yes to Question 1, do you find that the Sheriff ratified and approved the force used against Joshua Salvato by Deputy Miley by a failure to investigate the circumstances causing the death of Joshua Salvato and to take that corrective action, if any, as such investigation would have revealed to be necessary and appropriate?

Answer Yes or No _____Yes_____

3.    That Deputy Brown used excessive and objectively unreasonable force against Joshua Salvato and that such force, in natural and continuous sequence, produced or contributed substantially to producing Joshua Salvato's death, so it can reasonably be said that, except for Deputy Brown's excessive and unreasonable force, such death would not have occurred?

Answer Yes or No _____~~Yes~~ NO_____

2

4.    If you answered Yes to either or both Question 1 or Question 3, what sum or sums of money do you award to the Plaintiff as damages for the following elements:

(a) The reasonable value of the emotional and mental pain and suffering of Vincent Salvato as a surviving parent of Joshua Salvato resulting from his death.

$ _____1,375 M_____

(b) The reasonable value of the emotional and mental pain and suffering of Ana Rodriguez as a surviving parent of Joshua Salvato resulting from his death.

$ _____880,000_____

(c) The reasonable cost of funeral expenses paid by any survivor.

$ _____8014.00_____

3

5.    If you answered No to Question 3, do you find that Deputy Brown used excessive and objectively unreasonable force against Joshua Salvato causing him to experience pain and suffering before his death?

Answer Yes or No ___Yes___

6.    If you answered Yes to Question 5, what sum of money do you award to the Plaintiff as damages for Joshua Salvato's pain and suffering before his death?

$___18,250.00___

7.    If you answered Yes to Question 1 and/or Question 3 and/or Question 5, do you find that Deputy Miley and/or Deputy Brown acted against Joshua Salvato in bad faith or with malicious purpose or in a manner exhibiting reckless indifference or wanton and willful disregard of human rights?

Answer Yes or No:

    (a)    As to Deputy Miley ___NO___

    (b)    As to Deputy Brown ___Yes___

8.   If you answered Yes to Question 7(a) as to Deputy Mlley, do you assess punitive damages against her as punishment and as a deterrent to others?

(a)   Answer Yes or No _____ *NO* _____

(b)   If so, in what amount   $_____ *O* _____

9.   If you answered Yes to Question 7(b) as to Deputy Brown, do you assess punitive damages against him as punishment and as a deterrent to others?

(a)   Answer Yes or No _____ *Yes* _____

(b)   If so, in what amount   $_____ *O* _____

SO SAY WE ALL.

_____ *5/30/14* _____
Date

_____ *Verdell B. [signature]* _____
Foreperson
*Verdell Breitenfield*