# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**VINCENT SALVATO, as Personal Representative**
**of the Estate of Joshua Salvato, deceased,**

        **Plaintiff,**

-vs-                                                  **Case No. 5:12-cv-635-Oc-10PRL**

**MARION COUNTY SHERIFF'S OFFICE,**
**DEPUTY LAUREN MILEY and DEPUTY**
**NORMAN BROWN,**

        **Defendants.**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Order entered on June 30, 2014, judgment is entered as follows:

1. On his claim against the Defendant Lauren Miley under Florida Statutes § 768.16, *et seq.* for the wrongful death of Joshua Salvato, the Plaintiff Vincent Salvato as the Personal Representative of the Estate of Joshua Salvato shall take nothing and judgment on that claim is entered in favor of the Defendant Miley and against the Plaintiff.

2. On his claims against the Defendant Norman Brown under Florida Statutes § 768.16, *et seq.*, and 42 U.S.C. § 1983 for the wrongful death of Joshua Salvato, the Plaintiff Vincent Salvato as the Personal Representative of the Estate of Joshua Salvato shall

    take nothing and judgment on both of those claims is entered in favor of the Defendant Brown and against the Plaintiff.

3. On his claims against the Defendant Norman Brown under 42 U.S.C. § 1983 and Florida tort law for the *in vivo* pain and suffering of Joshua Salvato caused by the unconstitutional and tortious conduct of Defendant Brown, judgment is entered in favor of the Plaintiff Vincent Salvato as the Personal Representative of the Estate of Joshua Salvato and against the Defendant Brown for the sum of $18,250.00.

4. On his claim against the Defendant Chris Blair in his official capacity as Sheriff of Marion County, Florida, under Florida Statutes §§ 768.18, *et seq*., and 768.28(5) for the wrongful death of Joshua Salvato, judgment is entered in favor of the Plaintiff Vincent Salvato as the Personal Representative of the Estate of Joshua Salvato and against the Defendant Blair in his official capacity for the sum of $300,000.00 (pro rated $183,000.00 for the benefit of Vincent Salvato and $117,000.00 for the benefit of Ana Rodriguez).

5. On his claim under 42 U.S.C. § 1983 against the Defendant Chris Blair in his official capacity as Sheriff of Marion County, Florida, for his unconstitutional ratification of conduct causing the death of Joshua Salvato with resulting pain and suffering on the part of Vincent Salvato and Ana Rodriguez as the surviving parents of Joshua Salvato, judgment is entered in favor of the Plaintiff Vincent Salvato as the Personal Representative of the Estate of Joshua Salvato and against the Defendant Blair in his official capacity for the aggregate sum of $2,263,014.00 (of which $1,375,000.00 shall be for the benefit of Vincent Salvato; $880,000.00 shall be for the benefit of Ana Rodriguez; and $8,014.00 shall be for the funeral expenses of Joshua Salvato).

6. Any sum or sums collected by the Plaintiff from any source in reduction of the judgment awarded to the Plaintiff in Paragraph 4 above shall also be credited in

reduction of the judgment awarded to the Plaintiff under Paragraph 5 above, and *vice versa*, toward the end that there is no double recovery because the amounts awarded to the Plaintiff in Paragraphs 4 and 5, respectively, represent compensation for the same injury or injuries.

                                                SHERYL L. LOESCH, CLERK

                                                s/L. Fannin, Deputy Clerk