UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:12-cv-635-Oc-10PRL

VINCENT SALVATO, as Personal Representative of
The Estate of JOSHUA SALVATO, deceased,

    Plaintiff,

vs.

MARION COUNTY SHERIFF'S OFFICE, Deputy
LAUREN MILEY, and Deputy NORMAN BROWN,

    Defendants.
_____/

## AMENDED NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(a)(B), Amended Notice is hereby given that the Appellant/Defendant, Chris Blair, in his official capacity as Sheriff of Marion County, Florida, a Defendant in the above-referenced case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Regarding Entry of Judgment entered in this action on June 30, 2014 (Doc. 198), the Judgment entered on July 8, 2014 (Doc. 201), the Order entered on August 6, 2014, denying the Sheriff's Renewed Motion for a Judgment as a Matter of Law on the Claim of Ratification (Doc. 219), and all interlocutory orders entered by the District Court prior to the Notice of Appeal.

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 6, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will send notice of electronic filing to the following: Brian W. Warwick; Janet R. Varnell; Steven Thomas Simmons, Jr.; Theodore J. Leopold; Diana L. Martin; Leslie Kroeger; Adam Langino; Jeanelle G. Bronson, Philip J. Wallace, Ramon Vazquez, Bruce R. Bogan and Antonio M. Romanucci and Angela P. Kurtz. I further certify that I sent the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/EMF system participants: N/A.

**/s/ Linda L. Winchenbach**
Fla. Bar No.: 0749249
John M. Green, Jr., P.A.
125 N.E. First Avenue, Ste. 2
Ocala, Florida 34470
Tel.: 352-732-9252
Fax: 888-545-7282
lwinchenbach@me.com
Attorneys for Appellant/Defendant
Chris Blair, as Sheriff of Marion County, FL