UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:12-cv-635-OC-10 PRL

VINCENT SALVATO, as Personal Representative of
The Estate of JOSHUA SALVATO, for the benefit of
Vincent Salvato, surviving parent, Ana Rodriguez,
Surviving parent, and the Estate of JOSHUA SALVATO,

    Plaintiff,

vs.

CHRIS BLAIR, in his official capacity as Sheriff of
Marion County, Florida; Deputy LAUREN MILEY, in
her individual capacity; and Deputy NORMAN BROWN,
In his individual capacity.

    Defendants.

_____/

## NOTICE OF SETTLEMENT

1. Pursuant to local rule 3.08(a) notice is hereby given that all claims pending in the above-styled case, including appellate issues, have been resolved to the parties' satisfaction.

2. It is requested that the Court allow a reasonable time, not to exceed sixty days, within which to complete the settlement pursuant to local rule 3.08(b).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 25th day of September, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to: Brian W. Warwick, Esquire, Varnell & Warwick, P.A., 20 La Grande Blvd., The Villages, FL 32159, bwarwick@varnellandwarwick.com; Theodore J. Leopold, Esquire, Leopold Law, 2925 PGA Boulevard Suite 200, Palm Beach Gardens, FL 33410, tleopold@leopold-law.com; Leslie Kroeger, Esquire, Leopold Law, 2925 PGA Boulevard,

Ste. 200, Palm Beach Gardens, FL 33410, lkroeger@leopold-law.com; Antonio Romanucci, Esquire, Romanucci & Blandin LLC, 33 North LaSalle Street 20th Floor, Chicago, IL 60602, amr@rblaw.net; Rebekah L. Williams, Attorney at Law, Romanucci & Blandin LLC, 33 North Lasalle Street 20th Floor, Chicago, IL 60602, rwilliams@rblaw.net; Bruce R. Bogan, Esquire, Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, FL 32802-4973, bbogan@hilyardlawfirm.com; John M. Green, Jr., John M. Green, Jr., P.A., 125 NE 1st Ave Ste 2, Ocala, FL  34470-6675, jmgjr@mac.com; Linda LeVines Winchenbach, John M. Green, Jr., P.A., 125 NE First Ave., Suite 2, Ocala, FL  34470-6675, lwinchenbach@me.com.

s/Walter A. Ketcham, Jr.
WALTER A. KETCHAM, JR., ESQUIRE
Florida Bar No156630
Grower, Ketcham, Rutherford,
Bronson, Eide & Telan, P.A.
Counsel for Defendant, LAUREN MILEY
PO Box 538065
Orlando, FL 32853-8065
Phone:       (407) 423-9545;
Facsimile:   (407) 425-7104
E-Mail:  waketcham@growerketcham.com
         lsase@growerketcham.com
         enotice@growerketcham.com